SO ORDERED,

*Selene D Maddox* (signature)

**Judge Selene D. Maddox**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                             **CHAPTER 13 NO:**

MATTHEW COLEMAN, DEBTOR                          CASE NO. 19-14608

## AGREED ORDER VACATING ORDER OF DENIAL FOR FAILURE TO SUBMIT A PROCEDURAL OR DISPOSTIVE ORDER (Dkt #107)

      On consideration before the Court is the Unopposed Motion to Vacate this Court's Order of Denial [as to Application to Employ Samuel F. Creasey] for Failure to Submit a Procedural or Dispositive Order [Dkt. 107]; the Court having considered same, finds it to be well taken and, as such, is hereby granted.

      IT IS, THEREFORE, ORDERED that this Court's Order of Denial [as to Application to Employ Samuel F. Creasey] for Failure to Submit a Procedural or Dispositive Order [Dkt. 107] is hereby vacated, and Samuel F. Creasey and Trustee Vardaman are allowed to submit a separate Order Granting Application to Employ Special Counsel Samuel F. Creasey *within seven (7) days from date of the entry of this Order. (SDM)*

###END OF ORDER###

SUBMITTED BY:

*s/ Samuel F. Creasey*
Attorney for Matthew Coleman
SAMUEL F. CREASEY
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Ph: (601) 718-0917
Fax: (601) 718-2094
Email: screasey@forthepeople.com

APPROVED AS TO CONTENT AND FORM:

/s/ Terre M. Vardaman (with permission)
U.S. Trustee
Trustee.vardaman@vardaman13.com

/s/ John Hughes, Esq. (with permission)
Attorney for Debtor in bankruptcy matter
jhughes@hugheslawgrp.com