___

SO ORDERED,



Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: MATTHEW COLEMAN**  **CASE NO.: 19-14608-SDM**
**DEBTOR**  **CHAPTER 13**

## ORDER APPROVING APPLICATION TO EMPLOY ATTORNEY SPECIALLY

This cause came on to be heard before the Honorable Judge Selene D. Maddox, United States Bankruptcy Judge, for the Northern District of Mississippi. Whereupon it appeared to the Court that a motion (Dkt. #98) has been filed to employ Morgan & Morgan by and through attorney, Samuel F. Creasey, for representation in the Debtor's personal injury claim which arose out of a motor vehicle collision. The Court finds that the motion is well-taken and, subject to the conditions below, is granted.

No settlement of litigation may be concluded or approved by said attorney without approval of this Court upon proper motion accompanied by notice and opportunity for hearing. Such motion shall include an itemization of attorney's fees and expenses associated with said civil action, any other costs or claims projected to be paid.

Therefore, it is **ORDERED** and **ADJUDGED** that the Motion filed by the Debtor is hereby **GRANTED** and Morgan & Morgan, by and through attorney, Samuel F. Creasey, shall be and is hereby employed as attorney specially for the Trustee of the Bankruptcy Estate of Matthew Coleman, with compensation to be determined upon proper application to the Court at the appropriate time. Further, any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court orders.

##END OF ORDER##